[No. 2221-1.   Division One.   April 29, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CALVIN RILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 5535, Alfred O. Holte, J., entered March 26, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, C.J., and Williams, J.

[No. 1778-1.   Division One.   April 29, 1974.]

RODMAN B. MILLER, *as Guardian, Appellant*, v. JANE MITCHELL *et al., Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 738963, Oluf Johnsen, J., entered June 13, 1972. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Callow, JJ.

[No. 1975-1.   Division One.   April 29, 1974.]

JANSEN LANDSCAPING COMPANY *et al., Appellants*, v. OTTO E. BOUMA *et al., Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 45946, Byron L. Swedberg, J., entered October 19, 1972. *Reversed* by unpublished opinion per Farris, J., concurred in by James and Callow, JJ.

[No. 1984-1.   Division One.   April 29, 1974.]

*In the Matter of the Estate of* LLOYD A. CHENOWETH, *Deceased*.

CARL B. LUCKERATH, *as Administrator, Appellant*, v. VIVIAN J. HUSSEY *et al., Respondents*, MILDRED C. SMITH *et al., Appellants*.

Appeal from a judgment of the Superior Court for King County, No. E-191624, Charles R. Denney, J., entered October 3, 1972. *Affirmed in part and remanded* by unpublished opinion per Farris, J., concurred in by Swanson, C.J., and Williams, J.